**Order entered May 15, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01641-CV

### GARY M. KORNMAN, Appellant

### V.

### DENNIS S. FAULKNER, TRUSTEE, Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-08489**

## ORDER

The Court has before it appellant's May 13, 2013 unopposed emergency motion to extend briefing deadlines and memorandum in support. The Court **GRANTS** the motion and **ORDERS** that appellant file his brief by May 28, 2013; that appellee file his brief by June 28, 2013; and that any reply brief by appellant be filed by July 12, 2013.

/s/     ELIZABETH LANG-MIERS
              JUSTICE